**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| SPORTRADAR US LLC, *et al.*, | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | CASE NO. 2:25-CV-00335-JRG |
| | § | |
| SPORTSCASTR, INC. d/b/a PANDA INTERACTIVE, | § | |
| | § | |
| | § | |
| *Defendant.* | § | |

**ORDER**

Before the Court is the Voluntary Notice of Dismissal Without Prejudice (the "Notice") filed by Plaintiffs Sportradar US LLC, Sportradar Solutions LLC, and Sportradar AG (collectively, "Plaintiffs"). (Dkt. No. 26.) In the Notice, Plaintiffs voluntarily dismiss the above-captioned case without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (*Id.* at 1.) Defendant has not yet filed an answer or a motion for summary judgment.

Having considered the Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims by Plaintiffs against Defendant in the above-captioned case are **DISMISSED WITHOUT PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 14th day of April, 2025.**

Rodney Gilstrap

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE